**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| FO2GO LLC,<br><br>           Plaintiff,<br><br>    v.<br><br>AOL INC.<br><br>           Defendant. | C.A. No. 15-090-RGA |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff FO2GO LLC and Defendant AOL Inc., pursuant to FED. R. CIV. P. 41(a)(2) and (c), hereby move for an order dismissing all claims in this action asserted between them WITH PREJUDICE with each party to bear its own costs, expenses and attorneys' fees.

Dated: August 31, 2015

| | |
|---|---|
| BAYARD, P.A. | RICHARDS, LAYTON & FINGER, P.A. |
| */s/ Vanessa R. Tiradentes*<br>Richard D. Kirk (rk0922)<br>Stephen B. Brauerman (sb4952)<br>Vanessa R. Tiradentes (vt5398)<br>Sara E. Bussiere (sb5725)<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE 19899<br>(302) 655-5000<br>rkirk@bayardlaw.com<br>sbrauerman@bayardlaw.com<br>vtiradentes@bayardlaw.com<br>sbussiere@bayardlaw.com<br><br>*Attorneys for Plaintiff FO2GO LLC* | */s/ Arun J. Mohan*<br>Jeffrey L. Moyer (#3309)<br>Arun J. Mohan (#6110)<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>(302) 651-7700<br>moyer@rlf.com<br>mohan@rlf.com<br><br>*Attorneys for Defendant AOL Inc.* |

        IT IS SO ORDERED this ___ day of _____, 2015.

                                                            _____
                                                             HON. RICHARD G. ANDREWS
                                                              UNITED STATES DISTRICT JUDGE